# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

PATRICIA ANN LITTLEJOHN,

    Plaintiff,

vs.

ANDREW SAUL, Commissioner of Social Security,

    Defendant.

Case No.: 5:20-cv-01404-MRW

**[PROPOSED] ORDER**

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $5,637.75 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATED: July 12, 2021

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

-1-